UNITED STATES DISTRICT COURT
Eastern District of New York

| | |
|---|---|
| Lofty Coffee, Inc.<br><br>    Plaintiff,<br>v.<br><br>Stand Coffee, LLC, et al.,<br><br>    Defendants. | Civil Action No. 1:16-cv-03869-KAM-RML<br><br>NOTICE OF DISMISSAL |

## NOTICE OF DISMISSAL

Please take notice that Plaintiff Lofty Coffee, Inc. ("Lofty"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby dismisses, without prejudice, all claims in this action against the remaining defendants, which are Stand Coffee, LLC, Budin Ltd., Strange Brew Café Inc., and Peddler Coffee LLC.

Dated:  November 8, 2016      Respectfully submitted,

                 s/Michael G. Sullivan
                 Michael G. Sullivan
                 Pequignot + Myers LLC
                 62 Valley Road
                 Westport, CT 06880
                 202-674-4900
                 msullivan@pmiplaw.com

                 *Attorney for Lofty Coffee, Inc.*

MGS/slw